KAMALA D. HARRIS
Attorney General of California
MARC A. LEFORESTIER
Supervising Deputy Attorney General
JOHN W. KILLEEN, State Bar No. 258395
Deputy Attorney General (attorney for notice)
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-1968
 Fax: (916) 324-8835
 E-mail: John.Killeen@doj.ca.gov
*Attorneys for Defendant California Highway Patrol*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETE HERRERA, LUPE HERRERA,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA HIGHWAY PATROL and DOES 1 to 100,**<br><br>Defendants. | 1:15-cv-01882-TLN-SMS<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT CALIFORNIA HIGHWAY PATROL TO RESPOND TO THE COMPLAINT [L.R. 144]**<br><br>Dept:   2, 15th Floor<br>Judge:   Hon. Troy L. Nunley<br>Trial Date:   None Set<br>Action Removed: December 17, 2015 |

**STIPULATION**

Pursuant to Local Rule 144(a), all Plaintiffs and all Defendants in this action hereby stipulate that Defendant California Highway Patrol ("CHP") may have until February 29, 2016, to respond to the Complaint removed to this Court on December 17, 2015.

Court approval of this extension is required because the parties previously stipulated to a 28-day extension of time, which extended CHP's time to respond to the complaint to February 1, 2016.

Good cause exists to grant the requested extension of the time because the *res* that is the subject of the case is currently in the control of the United States Attorney's Office for the Eastern District of California, which has until February 19, 2016, to file a complaint for judicial forfeiture.  *See* 18 U.S.C. § 983.  In November 2015, the United States Attorney's Office served Plaintiffs with a notice of administrative forfeiture.  Plaintiffs filed an administrative claim on or around November 20, 2015.

Because the filing of a judicial forfeiture proceeding will significantly affect what defenses the CHP asserts in response to the complaint, it will preserve party and judicial resources for the CHP's response to be filed after February 19.  Accordingly, the parties request that the Court grant the requested extension of time.

IT IS SO STIPULATED.

Dated:  January 26, 2016

KAMALA D. HARRIS
Attorney General of California
MARC A. LEFORESTIER
Supervising Deputy Attorney General

  /s/ John W. Killeen
JOHN W. KILLEEN
Deputy Attorney General
*Attorneys for Defendant California Highway Patrol*

| | |
|---|---|
| Dated:  January 26, 2016 | LAW OFFICE OF STEVEN A. GERINGER |
| | /s/ Steven A. Geringer (signature used by permission) |
| | STEVEN A. GERINGER |
| | *Attorneys for Plaintiffs Pete Herrera and Lupe Herrera* |

**ORDER**

Good cause appearing, it is hereby ORDERED that the time for Defendant California Highway Patrol to respond to the complaint is extended from February 1, 2016, to February 29, 2016.

IT IS SO ORDERED.

Dated: January 26, 2016

_____
Troy L. Nunley
United States District Judge