1  KAMALA D. HARRIS
   Attorney General of California
2  MARC A. LeFORESTIER
   Supervising Deputy Attorney General
3  JOHN W. KILLEEN, State Bar No. 258395
   Deputy Attorney General (attorney for notice)
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 445-1968
6    Fax: (916) 324-8835
     E-mail: John.Killeen@doj.ca.gov
7
   *Attorneys for Defendant California Highway Patrol*
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETE HERRERA, LUPE HERRERA,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA HIGHWAY PATROL and DOES 1 to 100,**<br><br>Defendants. | 1:15-cv-01882-TLN-SMS<br><br>**STIPULATION AND ORDER AMENDING FIRST AMENDED COMPLAINT TO REMOVE FIRST CAUSE OF ACTION FOR DECLARATORY RELIEF**<br>**[FED. R. CIV. P. 15]**<br><br>Dept:        2, 15th Floor<br>Judge:       Hon. Troy L. Nunley<br>Trial Date:  None Set<br>Action Removed: December 17, 2015 |

1

# STIPULATION

The operative First Amended Complaint ("Complaint") was removed from Madera County Superior Court on December 17, 2015.  The Complaint contains two causes of action.  First, plaintiffs Pete and Lupe Herrera seek a declaration under California law that they are the rightful owners of property that they allege Defendant California Highway Patrol ("CHP") seized from them on or around September 13, 2014.  Compl. ¶¶ 12-15.  Second, the Herreras allege that CHP's conduct constituted "deprivation of property without due process of law" that entitles them "to relief under 42 U.S.C. § 1983."  Compl. ¶¶ 16-21.

Pursuant to Federal Rule of Civil Procedure 15, the Herreras and CHP hereby stipulate and request that the Court order that the Complaint be amended as follows:

1. The Complaint's first cause of action for declaratory relief, found at Paragraphs 12 through 15, will be removed from the Complaint without prejudice.

2. The Complaint's second cause of action for violation of civil rights will remain in the Complaint.

Good cause exists for the proposed amendment because the parties agree that removal of the first cause of action is proper and will preserve Court and party resources.  The parties submit this stipulation for an amendment to the complaint instead of the Herreras seeking a voluntary dismissal of the first cause of action because of the general rule against using Federal Rule of Civil Procedure 41(a) to effect "piecemeal dismissals." *Hells Canyon Preservation Council v. U.S. Forest Serv.*, 403 F.3d 683, 687 (9th Cir. 2005).  Accordingly, the parties request that the Court order the requested amendment to the Complaint.

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /


Dated: February 23, 2016

KAMALA D. HARRIS
Attorney General of California
MARC A. LEFORESTIER
Supervising Deputy Attorney General

/s/ John W. Killeen
JOHN W. KILLEEN
Deputy Attorney General
*Attorneys for Defendant California Highway Patrol*

Dated: February 23, 2016

LAW OFFICE OF STEVEN A. GERINGER

/s/ Steven A. Geringer (signature used by permission granted 2/23/16)
STEVEN A. GERINGER
*Attorneys for Plaintiffs Pete Herrera and Lupe Herrera*

## ORDER

Good cause appearing, it is hereby ORDERED that the operative First Amended Complaint be amended as follows:

1. The Complaint's first cause of action for declaratory relief, found at Paragraphs 12 through 15, will be removed from the Complaint without prejudice.

2. The Complaint's second cause of action for violation of civil rights will remain in the Complaint.

IT IS SO ORDERED.

Dated: February 23, 2016

Troy L. Nunley
United States District Judge