KAMALA D. HARRIS
Attorney General of California
MARC A. LEFORESTIER
Supervising Deputy Attorney General
JOHN W. KILLEEN, State Bar No. 258395
Deputy Attorney General (attorney for notice)
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-1968
 Fax: (916) 324-8835
 E-mail: John.Killeen@doj.ca.gov
*Attorneys for Defendant California Highway Patrol*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETE HERRERA, LUPE HERRERA,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA HIGHWAY PATROL and DOES 1 to 100,**<br><br>Defendants. | 1:15-cv-01882-TLN-SMS<br><br>**STIPULATION AND ORDER REGARDING DISCOVERY [FED. R. CIV. P. 26]**<br><br>Dept:       2, 15th Floor<br>Judge:      Hon. Troy L. Nunley<br>Trial Date: None Set<br>Action Removed: December 17, 2015 |

1

1  Pursuant to Federal Rule of Civil Procedure 26 and Local Rule 143, all Plaintiffs and all
2  Defendants in this action hereby stipulate that:
3      1.    Today, February 29, 2016, Defendant California Highway Patrol ("CHP") filed
4  a motion to dismiss the operative first amended complaint ("Complaint") or, alternatively, to stay
5  this case, Dkt. Nos. 13 and 14;
6      2.    CHP set its motion for hearing on May 5, 2016, which was the first date that
7  was mutually available to counsel for the Plaintiffs and counsel for CHP;
8      3.    The parties agree and submit that discovery in this case will only go forward if
9  the Court both denies CHP's motion to dismiss *and* denies CHP's request to stay the case;
10      4.    The parties agree and submit that it would preserve judicial and party resources
11  not to prepare a discovery plan and joint status report or begin discovery until CHP's motion is
12  decided;
13      5.    Therefore, the parties request that the Court continue the deadline for
14  submitting a joint status report that includes the Rule 26(f) discovery plan until 30 days after the
15  Court rules on CHP's pending motion to dismiss or, alternatively, to stay this case.
16  IT IS SO STIPULATED.

Dated: February 29, 2016

KAMALA D. HARRIS
Attorney General of California
MARC A. LEFORESTIER
Supervising Deputy Attorney General

  /s/ John W. Killeen
JOHN W. KILLEEN
Deputy Attorney General
*Attorneys for Defendant California Highway Patrol*

1  Dated:  February 29, 2016                           LAW OFFICE OF STEVEN A. GERINGER

                                                  /s/ Steven A. Geringer (signature used by
                                                  permission granted 2/25/16)
                                                  STEVEN A. GERINGER
                                                  *Attorneys for Plaintiffs Pete Herrera and
                                                  Lupe Herrera*

## ORDER

Pursuant to the parties' stipulation and good cause appearing, it is hereby ORDERED that the deadline for the parties to confer as required by Fed. R. Civ. P. 26(f) and to prepare and submit to the Court a joint status report that includes the Rule 26(f) discovery plan shall be 30 days after the Court rules on the CHP's pending motion to dismiss the operative first amended complaint or, alternatively, to stay this case, Dkt. Nos. 13 and 14.

IT IS SO ORDERED.

Dated: February 29, 2016

Troy L. Nunley
United States District Judge